IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **RAMONICA FRANCES GREEN,** | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 4:13-cv-1020-O |
| **GREEN TREE SERVICING, LLC et al.,** | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Defendants' Motion for Dismissal Pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6) (ECF No. 8) is **GRANTED**, and this case is **DISMISSED with prejudice**.

**SO ORDERED** on this **1st day** of **April, 2014.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**